

# NUMBER 13-12-00719-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ENRIQUETA CASTILLO, ET AL.,**                                    **Appellants,**

**v.**

**MIZPAH RESIDENTIAL CARE,**
**D/B/A LA FAMILIA ADULT DAY CARE,**                          **Appellee.**

---

### On appeal from the 445th District Court
### of Cameron County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellants, Enriqueta Castillo, et al., perfected an appeal from a judgment rendered against them in favor of appellee, Mizpah Residential Care, d/b/a La Familia Adult Day Care. On January 15, 2013, the Clerk of this Court notified appellants that the clerk's record in the above cause was originally due on December 19, 2012, and that the

deputy district clerk, Jesus Cantu, had notified this Court that appellants failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellants of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellants were advised that, if the defects not corrected within ten days from the date of receipt of the notice, the appeal would be dismissed for want of prosecution.

Appellants have failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).


PER CURIAM

Delivered and filed the
28th day of February, 2013.

2